IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–26–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| JOSE DANIEL RAMIREZ, | |
| Defendant. | |

After reviewing Defendant's motions (Docs. 23, 29) and the representations made at the October 17, 2019 hearing,

IT IS ORDERED that Defendant shall be examined with respect to whether he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense. 18 U.S.C. § 4241(b); 18 U.S.C. § 4247(c)(4)(A). The examination shall include a physical evaluation of whether Defendant's medical conditions, specifically his epilepsy and seizures, impede his ability to assist properly in his defense.

IT IS FURTHER ORDERED that the United States Marshals Service shall request that the Bureau of Prisons designate a federal facility, preferably the Federal Detention Center – SeaTac, where Defendant will be evaluated. The United States Marshals Service shall notify the Court when it receives notice of the facility that has

1

been designated.

The time from the date of this Order until the date the Court makes a competency determination is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A).

DATED this 17th day of October, 2019.

Donald W. Molloy, District Judge
United States District Court