IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
JAN 0 8 2020
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–26–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| JOSE DANIEL RAMIREZ, | |
| Defendant. | |

The warden of FDC SeaTac having requested an extension of time to perform the competency evaluation of Defendant Jose Daniel Ramirez,

IT IS ORDERED that the competency evaluation shall be complete by February 5, 2020, and the final report shall be submitted to the Court by February 20, 2020.

The time from the date of this Order until the date the Court makes a competency determination is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A).

DATED this 8th day of January, 2020.

14:52 P.M.

Donald W. Molloy, District Judge
United States District Court