

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–26–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| JOSE DANIEL RAMIREZ, | |
| Defendant. | |

The United States having moved for leave to present the testimony of Bureau of Prisons Forensic Unit Psychologist Dr. Ryan Nybo via video conferencing at the competency hearing scheduled for Tuesday, March 17, 2020, and good cause appearing,

IT IS ORDERED that the motion (Doc. 43) is GRANTED. The United States is responsible for making all necessary video conferencing arrangements with Court staff. The hearing will not be continued or interrupted if video conferencing arrangements are disrupted or insufficient.

DATED this 11th day of March, 2020.

Donald W. Molloy, District Judge
United States District Court