IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–26–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| JOSE DANIEL RAMIREZ, | |
| Defendant. | |

The United States having filed an Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 55),

IT IS ORDERED that the forfeiture allegation in the above-captioned case is DISMISSED with prejudice.

DATED this 27nd day of June, 2020.

_____
Donald W. Molloy, District Judge
United States District Court